EILEEN DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
LINDA KONTOS
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
HOWARD F. DANIELS (CA Bar No. 81764)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-4024
    Fax: (213) 894-5139
    Email: Howard.Daniels@usdoj.gov

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
AUG 14 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>    Plaintiffs,<br><br>v.<br><br>[UNDER SEAL],<br><br>    Defendants. | No. CV 14-06007 FMO (PLAx)<br><br>REQUEST FOR DISMISSAL OF ACTION BY RELATOR; CONSENT OF THE UNITED STATES<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER TO DISMISS ACTION AND TO UNSEAL CERTAIN DOCUMENTS] |

EILEEN DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
LINDA KONTOS
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
HOWARD F. DANIELS (CA Bar No. 81764)
Assistant United States Attorney
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-4024
    Fax: (213) 894-5139
    Email: Howard.Daniels@usdoj.gov

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
AUG 1 4 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>    Plaintiffs,<br><br>v.<br><br>[UNDER SEAL],<br><br>    Defendants. | No. CV 14-06007 FMO (PLAx)<br><br>REQUEST FOR DISMISSAL OF ACTION BY RELATOR; CONSENT OF THE UNITED STATES<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER TO DISMISS ACTION AND TO UNSEAL CERTAIN DOCUMENTS] |

## REQUEST FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2), *qui tam* plaintiff James Dibdin (the "Relator") hereby requests that the Court dismiss this action, and all of his claims against the defendants in this action, including but not limited to, his claims for reasonable attorney's fees, expenses and costs pursuant to the federal False Claims Act, 31 U.S.C. § 3730(d), without prejudice.

Dated: August 13, 2015

Respectfully submitted,

WARREN BENSON

*/s/ Donald R. Warren*
Donald R. Warren
Attorneys for Relator

## CONSENT OF THE UNITED STATES OF AMERICA

In the interests of justice, the Attorney General of the United States of America, through the undersigned attorney, hereby consents to the dismissal of this action without prejudice as to the United States.

The United States respectfully requests that, of the papers filed or lodged to date with the Court in this action, the following documents, and only the following documents, should be unsealed:

1. The Complaint;
2. This Request for Dismissal of Action by Relator; Consent of the United States; and
3. Any Order of dismissal issued by the Court.

All other contents of the Court's file in this matter filed or lodged to date should remain under seal and not be made public or served upon the defendants or any other person.

1      A proposed Order accompanies this Notice.

2    Dated: August 13, 2015      Respectfully submitted,

EILEEN DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
LINDA KONTOS
Assistant United States Attorney
Deputy Chief, Civil Fraud Section

/s/ Howard F. Daniels

HOWARD F. DANIELS
Assistant United States Attorney
Attorneys for the United States of America